# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Jilmar Ramos-Gomez

v.

United States of America

Case No. 22-cv-00470
Hon. Hala Y. Jarbou

TO: Mark Totten, United States Attorney
ADDRESS:
Office of the United States Attorney
330 Ionia Ave., N.W.
Suite 501
Grand Rapids, MI 49503

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 60 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Anand Swaminathan
Loevy & Loevy
311 N. Aberdeen St.
Chicago, IL 60607

CLERK OF COURT

By: Deputy Clerk                                   Date

## PROOF OF SERVICE

This summons for _____Mark Totten, United States Attorney_____ was received by me on _____.
(name of individual and title, if any)                                   (date)

☐ I personally served the summons on the individual at _____
on _____.                                                          (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                       (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                                 (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____
                                                                    Server's signature

Additional information regarding attempted service, etc.:
                                                                    Server's printed name and title

                                                                    Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Jilmar Ramos-Gomez

v.

United States of America

Case No. 22-cv-00470
Hon. Hala Y. Jarbou

TO: Merrick Garland, Attorney General of the United States
ADDRESS:
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Anand Swaminathan
Loevy & Loevy
311 N. Aberdeen St.
Chicago, IL 60607

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 60 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

CLERK OF COURT

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk                                                    Date

## PROOF OF SERVICE

This summons for  Merrick Garland, Attorney General of the United States  was received by me on _____.
             (name of individual and title, if any)                                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                                  (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                   (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                          (date)

☐ I served the summons on _____, who is designated by law to accept service
                                    (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                   (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____
                                                          _____
                                                                  Server's signature

Additional information regarding attempted service, etc.:
                                                          _____
                                                              Server's printed name and title

                                                          _____
                                                                  Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Jilmar Ramos-Gomez

v.

United States of America

Case No. 22-cv-00470
Hon. Hala Y. Jarbou

TO: U.S. Immigrations and Customs Enforcement
ADDRESS:
Office of the General Counsel
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave., SE
Washington, D.C. 20528-0485

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __60__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Anand Swaminathan
Loevy & Loevy
311 N. Aberdeen St.
Chicago, IL 60607

CLERK OF COURT

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
   P.O. Box 698, 330 Federal Building, Marquette, MI  49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
   113 Federal Building, 315 W. Allegan, Lansing, MI  48933

By: Deputy Clerk                                                                Date

## PROOF OF SERVICE

This summons for _____U.S. Immigrations and Customs Enforcement_____ was received by me on _____.
(name of individual and title, if any)                                                                                                      (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                                         (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                           (date)

☐ I served the summons on _____, who is designated by law to accept service
                                                    (name of individual)
of process on behalf of _____ on _____.
                                      (name of organization)                                               (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                                            _____
                                                                                  Server's signature

Additional information regarding attempted service, etc.:  _____
                                                                                  Server's printed name and title

                                                                            _____
                                                                                  Server's address