UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILMAR RAMOS-GOMEZ,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendants.

_____/

Case No. 1:22-cv-470

Hon. Hala Y. Jarbou
U.S. District Court Judge

Hon. Ray Kent
U.S. Magistrate Judge

## <u>NOTICE OF RELATED CASE</u>

Pursuant to Western District of Michigan Local Civil Rule 3.3.1(g), the United States submits that this case may be related to a dismissed prior case, *Ramos-Gomez v. Adducci et al.*, No. 1:20-cv-969 (Jonker, J.). The cases arise out of the same transactions or occurrences and involve one or more of the same parties. *See* W.D. Mich. L. Civ. R. 3.3.1(d)(i), (iii)(A). The Court dismissed the prior case on January 26, 2022. (1:20-cv-00969 PageID.130, 154.) The United States accordingly is providing this notice to the Court to ensure it meets its duty to the Court under Local Civil Rule 3.3.1(g).

MARK A. TOTTEN
United States Attorney

Dated: August 8, 2022

/s/ *Jeanne F. Long*
JEANNE F. LONG
Assistant United States Attorney
Post Office Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Jeanne.Long@usdoj.gov