UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | |
|---|---|
| **Case No:** 1:22-cv-00470-HYJ-RSK | |
| **Caption:** Ramos-Gomez v. United States of America | |

| Date: | Time: | Place: | Magistrate Judge: |
|---|---|---|---|
| October 26, 2022 | 1:33 - 4:40 p.m. | Grand Rapids | Hon. Ray Kent |

## APPEARANCES

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| PLAINTIFF: | Miriam J. Aukerman<br>Ramis Jamal Wadood<br>Megan Pierce (by video) | Jilmar Ramos-Gomez |
| DEFENDANT: | Jeanne Frances Long<br>Ryan D. Cobb | United States of America |

## PROCEEDINGS

**NATURE OF HEARING:**

**SETTLEMENT CONFERENCE held.**

**The parties did not reach a settlement of the case; parties to continue settlement negotiations until close of business on November 2, 2022.**

| Event | Time | Digitally recorded |
|---|---|---|
| Opening comments / remarks | 1:33 - 1:35 p.m. | Yes |
| Settlement discussions between Judge and parties | 1:35 - 4:36 p.m | No |
| Settlement placed on the record | 4:36 - 4:40 p.m. | Yes |

Portions of Proceedings Digitally Recorded

Deputy Clerk: S. Carpenter