**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| JILMAR RAMOS-GOMEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-470 |
| | ) | |
| v. | ) | |
| | ) | Judge Hala Y. Jarbou |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Mag. Judge Ray Kent |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's September 6, 2022, Order, Plaintiff Jilmar Ramos-Gomez and Defendant United States of America hereby submit this status report after completing a settlement conference with Magistrate Judge Ray Kent.

1.      Pursuant to the Court's September 6 Order, Magistrate Judge Kent conducted a settlement conference with the parties on October 26, 2022.

2.      While the parties were not able to reach a settlement during that conference, Magistrate Judge Kent entered a mediator's proposal on the record and gave the parties seven (7) days to respond to the proposal.

3.      On November 2, 2022, the parties were informed that the mediator's proposal had been mutually accepted and a settlement had been reached.

4.      The parties are in the process of drafting and signing all necessary settlement documents and intend to submit those signed settlement documents to the Court no later than fourteen (14) days after the filing of this report.

Respectfully submitted,

/s/ Ramis J. Wadood
One of Plaintiff's Attorneys

Anand Swaminathan
Megan Pierce (CA 314044)
LOEVY & LOEVY
311 North Aberdeen St., 3rd Floor
Chicago, IL 60607
T: (312) 243-5900
F: (312) 243-5902
megan@loevy.com

Miriam Aukerman (P63165)
American Civil Liberties Union
Fund of Michigan
1514 Wealthy Street, SE, Suite 260
Grand Rapids, MI 49506
T: (616) 301-0930
maukerman@aclumich.org

Daniel S. Korobkin (P72842)
Monica Andrade (P81921)
Ramis J. Wadood (P85791)
American Civil Liberties Union
Fund of Michigan
2966 Woodward Avenue
Detroit, MI  48201
T: (313) 578-6824
rwadood@aclumich.org

MARK A. TOTTEN
United States Attorney

/s/ Jeanne F. Long
JEANNE F. LONG
Assistant United States Attorney
Post Office Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Jeanne.Long@usdoj.gov