# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

JILMAR RAMOS-GOMEZ,                          )
                                             )
    Plaintiff,                       )   Case No. 1:22-cv-470
                                             )
    v.                               )
                                             )   Judge Hala Y. Jarbou
UNITED STATES OF AMERICA,                     )
                                             )   Mag. Judge Ray Kent
    Defendants.                      )
                                             )
                                             )
                                             )

## STIPULATION AND ORDER TO DISMISS

       Plaintiff Jilmar Ramos-Gomez and Defendant United States of America, through their

respective counsel, agree and stipulate to the dismissal of this action with prejudice, with each

party bearing its own fees, costs and expenses.

AGREED AND STIPULATED TO:

/s/ Megan Pierce
Anand Swaminathan (IL 6305088)
Megan Pierce (CA 314044)
LOEVY & LOEVY
311 North Aberdeen St., 3rd Floor
Chicago, IL 60607
T: (312) 243-5900
F: (312) 243-5902
megan@loevy.com


/s/ Miriam Aukerman
Miriam Aukerman (P63165)
American Civil Liberties Union
Fund of Michigan
1514 Wealthy Street, SE, Suite 260
Grand Rapids, MI 49506
T: (616) 301-0930
maukerman@aclumich.org

MARK A. TOTTEN
United States Attorney

/s/ Jeanne F. Long
JEANNE F. LONG
Assistant United States Attorney
Post Office Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Jeanne.Long@usdoj.gov

/s/ Ramis J. Wadood
Daniel S. Korobkin (P 72842)
Ramis J. Wadood (P85791)
American Civil Liberties Union
Fund of Michigan
2966 Woodward Avenue
Detroit, MI  48201
T: (313) 578-6824
rwadood@aclumich.org

## **ORDER OF DISMISSAL**

This matter, having come before the Court based on the forgoing Stipulation, and the Court being otherwise fully advised in the premises,

Now, therefore, IT IS ORDERED that this action is dismissed with prejudice and without costs to either party.

***This Order resolves all pending claims against Defendant and closes the case.***

Dated: _November 9, 2022_

_/s/ Hala Y. Jarbou_
HALA Y. JARBOU
Chief United States District Judge